1
2
3
4
5
6
7
8       **UNITED STATES DISTRICT COURT**
9       **WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| CHRISTOPHER BOFFOLI, an individual, | Case No. 2:18-cv-00163 |
| Plaintiff, | **PRAECIPE** |
| v. | |
| CLOUDFARE, INC. a Delaware corporation; and DOES 1-10, | |
| Defendants. | |

TO THE CLERK OF THE COURT:

    The Complaint was filed on February 2, 2018 without accompanying exhibits. Exhibits A and B are attached to this praecipe. Plaintiff respectfully requests that the Clerk add the omitted exhibits to the file and sincerely apologizes for any inconvenience.

---

PRAECIPE—1
[2:18-cv-00163]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

| | | |
|---|---|---|
| 1 | Dated: February 2, 2018 | NEWMAN DU WORS LLP |
| 2 | | |
| 3 | | s/Keith Scully |
| | | Keith Scully, WSBA No. 28677 |
| 4 | | 2101 Fourth Avenue, Suite 1500 |
| 5 | | Seattle WA  98121 |
| | | Telephone:          (206) 274-2800 |
| 6 | | Facsimile:           (206) 274-2801 |
| 7 | | *keith@newmanlaw.com* |
| 8 | | Attorney for Plaintiff |
| 9 | | Christopher Boffoli |

PRAECIPE—2
[2:18-cv-00163]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800