# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER BOFFOLI, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLOUDFARE, INC. a Delaware corporation; and DOES 1-10,<br><br>　　　　Defendants. | Case No.  2:18-cv-00163-JLR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT F.R.C.P. 41(a)(1)(A)(I)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Christopher Boffoli, through his counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice, against Defendants CloudFlare, Inc., and Does 1–10 (collectively "Defendants"). Plaintiff filed, but has not yet served, his Complaint in the instant action on February 2, 2018, and none of the Defendants have appeared or served an answer to the Complaint.

NOTICE OF VOLUNTARY DISMISSAL—1
[2:18-cv-00163-JLR]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

| | | |
|---|---|---|
| 1 | Dated: February 26, 2018 | NEWMAN DU WORS LLP |
| 2 | | |
| 3 | | s/Keith Scully |
| | | Keith Scully, WSBA No. 28677 |
| 4 | | 2101 Fourth Avenue, Suite 1500 |
| 5 | | Seattle WA  98121 |
| | | Telephone:            (206) 274-2800 |
| 6 | | Facsimile:             (206) 274-2801 |
| 7 | | *keith@newmanlaw.com* |
| 8 | | Attorney for Plaintiff |
| 9 | | Christopher Boffoli |

NOTICE OF VOLUNTARY DISMISSAL—2
[2:18-cv-00163-JLR]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800